1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   ANGELA MILELLA HANSEN
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
6  Facsimile: (510) 637-3507
   Email:     Angela_Hansen@fd.org
7

8  Counsel for Defendant LAMONTHE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 15–559 YGR |
| Plaintiff, | **STIPULATION AND [PROPOSED] RESOLVING SUPERVISED RELEASE VIOLATIONS AND VACATING HEARING DATE** |
| v. | |
| LUISA LAMONTHE, | **Date: December 5, 2019** |
| Defendant. | |

This case is set on December 5, 2019 for a status hearing or possible disposition on a pending Probation Form 12 Petition charging Luisa Lamonthe with three violations of her supervised release. At an appearance before the Court on October 3, 2019, the parties notified the Court that the government planned to dismiss the most serious new state law allegation in the Form 12 petition (Charge Two), in part, because the state did not file charges.

The Form 12 also charged that Ms. Lamonthe was not working and had not made her monthly restitution payments (Charges One and Three). At the status hearing, defense counsel advised the Court that Ms. Lamonthe had obtained employment. Ms. Lamonthe began working at her new job on October 9, 2019. Because Ms. Lamonthe has been working a full-time job since that date and has

been making her monthly restitution payments, the parties agree that the Court may dismiss Charge Two and take judicial notice of the remaining violations – Charges One and Three – in the Form 12 Petition. The parties further agree that the upcoming hearing date should be vacated. The probation office is in agreement with this stipulation.

IT IS SO STIPULATED.

Dated: December 3, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
ANGELA MILELLA HANSEN
Assistant Federal Public Defender

Dated: December 3, 2019

DAVID ANDERSON
United States Attorney
Northern District of California

/S/
LEAH PAISNER
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 15–559 YGR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RESOLVING SUPERVISED RELEASE VIOLATIONS AND VACATING HEARING DATE** |
| v. | |
| LUISA LAMONTHE, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby vacates the December 5, 2019, hearing date and dismisses Charge Two in the September 13, 2019 Form 12 Petition alleging violations of Ms. Lamonthe's supervised release. The Court takes judicial notice of Charges One and Three.

IT IS SO ORDERED.

Dated: December 4, 2019

HON. YVONNE GONZALEZ ROGERS
United States District Judge